Nov. Term,.
1860.                    MACE v. MERRIWEATHER.

TAYLOR        APPEAL from the *Scott* Common Pleas.
  . v.
FLETCHER.     *Per Curiam.*—This case is similar to that of *Hardy* v.
Wednesday,    *Merriweather*, 14 Ind. R. 203; and, upon the reasons in that
November 28.  case, is affirmed, with 1 per cent damages, and costs.
              *W. K. Marshall*, for appellant.